UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

### GRAND JURY REPORT

| | | |
|---|---|---|
| Date: | October 24, 2012 | Presiding: Mag. Judge Mark L. Hornsby |
| Court Opened: | 05:15 p.m. | Courtroom Deputy: Suzanne Delgado |
| Court Adjourned: | 05:30 p.m. | FTR Recording Courtroom 3 |
| Statistical Time: | 00:15 | ✘ Partial Report - 12-SU-27 |

### SEALED INDICTMENTS

| Case Number | Warrant/Summons |
|---|---|
| 5:12-cr-00296-01 | Arrest Warrant is requested. |

**The oral motion to seal these indictments is granted, and these indictments are ordered sealed and withheld from the public until such time as the defendant(s) come into federal custody.**

### OPEN INDICTMENTS

| Case Number | Warrant/Summons |
|---|---|
| 2:11-cr-00085-01 | Second Superceding Indictment. In Federal Custody. Initial Appearance date requested. Trial set for 11/5/12. |
| 6:12-cr-00224-01 | Superceding Indictment. In Federal Custody. |
| 6:12-cr-00224-02 | Superceding Indictment. A Summons is requested. |
| 6:12-cr-00224-03 | Superceding Indictment. A Summons is requested. |
| 5:12-cr-00196-01 | Superseding Indictment. In Federal Custody. Arraignment will be set at a later date. |
| 5:12-cr-00289-01 | In Federal Custody. Arraignment set for 10/29/12 at 9:00 a.m. before Mag. Judge Hornsby. |
| 5:12-cr-00290-01 | Summons will be requested at a later date. Agent to serve summons. |
| 5:12-cr-00291-01 | In State Custody. Arrest Warrant and Writ to be issued. |
| 5:12-cr-00292-01 | In State Custody. Arrest Warrant and Writ to be issued. |
| 5:12-cr-00293-01 | In State Custody. Arrest Warrant and Writ to be issued. |
| 5:12-cr-00294-01 | In State Custody. Arrest Warrant and Writ to be issued. |
| 1:12-cr-00295-01 | In State Custody. Arrest Warrant and Writ to be issued. |
| 5:12-cr-00297-01 | Summons requested - to be served on counsel of record Ross Owen. |
| 2:12-cr-00298-01 | Arrest Warrant is requested. |
| 6:12-cr-00299-01 | Summons requested - to be served on counsel of record Quincy Richard Jr. |
| 6:12-cr-00299-02 | Summons requested - to be served on counsel of record Harold D Register Jr. |

✘ **Warrants/summonses ordered issued as indicated.**