U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

AUG 2 0 2013

TONY R. MOORE, CLERK
BY 
DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-cr-00299 |
| | * | |
| VERSUS | * | JUDGE HAIK |
| | * | |
| QUINCY MASON RICHARD, SR. | * | MAGISTRATE JUDGE HILL |

# E X H I B I T S

| GOVT EXT. # | DESCRIPTION OF EXHIBIT | WITNESS | ID | OFF'D | REC'D |
|---|---|---|---|---|---|
| 1 | Richard Oath of Office | certified document | ✓ | ✓ | 8/19/13 |
| 2 | AT&T Records | 902 certification | ✓ | ✓ | 8/20/13 |
| 3 | Photograph - McDonald's back booth | Jeffrey Goins | ✓ | ✓ | 8/19/13 |
| 4 | Photograph - McDonald's front corner table | Jeffrey Goins | ✓ | ✓ | " |
| 5 | Photograph - Quarters restaurant table | Jeffrey Goins | ✓ | ✓ | " |
| 6 | Photograph - Quarters small tables | Jeffrey Goins | ✓ | ✓ | " |
| 7 A 7 B | Original envelopes containing money | Jeffrey Goins | ✓ | ✓ | 8/19/13 |
| 8 | Photograph - recovered currency | Jeffrey Goins | ✓ | ✓ | " |
| 9 | Chart: summary of phone records 07/13/2012 | Jeffrey Goins | ✓ | ✓ | 8/19/13 |
| 10 | Chart: summary of phone records 09/19/2012 | Jeffrey Goins | ✓ | ✓ | " |

| GOVT EXT. # | DESCRIPTION OF EXHIBIT | WITNESS | ID | OFF'D | REC'D |
|---|---|---|---|---|---|
| 11 | Chart: summary of phone records 09/24/2012 | Jeffrey Goins | ✓ | ✓ | 8/19/13 |
| 12 | Chart: Education funding to St. Landry Parish School Board | Beth Scioneaux | ✓ | ✓ | 8/20/13 |
| 13 | Eagle sessions | Jeffrey Goins | ✓ | ✓ | 8/19/13 |
| 14 | Disc - audio Eagle 8c s/n 3759 | Jeffrey Goins | ✓ | ✓ | " |
| 15 | Disc - audio Eagle Flex 8f s/n 2527 | Jeffrey Goins | ✓ | ✓ | " |
| 16 | Disc - video Hawk s/n 0618 | Jeffrey Goins | ✓ | ✓ | " |
| 17 | Disc - video Hawk s/n 1431 | Jeffrey Goins | ✓ | ✓ | " |
| 18 | Registration Louisiana license plate: JADA4 | Jeffrey Goins | | | |
| 19 | Transcript of meeting between Richard, Miller, and Cassimere | Jeffrey Goins | ✓ | ✓ | 8/19/13 |
| 20 | Vido Selected Cuts | Jeffrey Goins | ✓ | ✓ | 8/19/13 |
| 21 | Vido | Jeffrey Goins | ✓ | | |
| 22 | Plea Agreement | John Miller | ✓ | ✓ | 8/20/13 |
| 23 | Picture of table | Joseph Cassimere | ✓ | ✓ | 8/20/13 |
| 24 | Picture | Joseph Cassimere | ✓ | | |
| 25 | | | | | |

**CONTINUATION OF EXHIBITS**

**CRIMINAL NO:**   6:12-CR-00299-01

**UNITED STATES OF AMERICA**   VS.   **QUINCY RICHARD, SR**

PARTY: Defendant

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | IDENTI-FIED | OFFERED | ADMITTED | WITNESS |
|---|---|---|---|---|---|
| D-1 | AT&T telephone log | ✓ | ✓ | 8/19/13 | Jeffery Goines |
| D-2 | St Landry Parish School Board Proceeding | ✓ | ✓ | 8/20/13 | Joseph Cassimore |
| D-3 | CD with audio | ✓ | ✓ | " | " |
| D-4 | Receipt for property | ✓ | ✓ | 8/20/13 | Pamela McCarthy |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Page 3 of 3 Pages**